UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARINEH BAGHDASARIAN,<br><br>Plaintiff,<br><br>v.<br><br>MACY'S, INC., MACY'S, MACY'S DEPARTMENT STORES, SHANNON GIANCOTTA, AND DOES 1 THROUGH 100, INCLUSIVE,<br><br>Defendants. | Case No. 2:21-cv-4153 AB (MAAx)<br><br>**JUDGMENT IN A CIVIL ACTION** |

On October 28, 2021, the Honorable Andre Birotte, Jr. granted Defendants' motion to compel arbitration. [ECF 46]

On June 6-9, 2023, Arbitrator Carla Barboza, duly appointed by the American Arbitration Association ("AAA"), conducted an arbitration hearing in AAA Case No. 01-22-0000-4857. [ECF 50]

On September 6, 2023, the Arbitrator issued the Final Award in AAA Case No. 01-22-0000-4857, denying each of Plaintiff Garineh Baghdasarian's claims and

JUDGMENT

ruling that Defendants Macy's Inc., Macy's and Macy's Department Stores, Inc. are the prevailing parties in this action. [ECF 50]

On March 7, 2024, the Court granted Defendants' motion to confirm arbitration award. [ECF 54]

NOW, THEREFORE, IT IS HEREBY ADJUDGED, ORDERED AND DECREED that Plaintiff Garineh Baghdasarian shall take nothing and that judgment be entered forthwith in favor of Defendants Macy's, Inc., Macy's and Macy's Department Stores, Inc. and against Plaintiff Garineh Baghdasarian.

Dated: April 29, 2024

                                      Honorable André Birotte Jr.
                                      United States District Court Judge